IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

    BRIAN SCOTT LOVE and
ANDREA CHERYL PULLAM LOVE,

    Debtors.

Chapter 13 Proceeding

Case No. 12-40483-KKS

**DEBTORS' OBJECTION AND RESPONST TO
TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

COME NOW THE DEBTORS, Brian Scott Love and Andrea Cheryl Pullam Love, and object and respond to the Motion to Dismiss filed by the Chapter 13 Trustee showing the Court as follows:

    1. The Amended Proof of Claim (No. 3-2), filed by HSBC Bank USA, National Association, was filed more than two years after the bar date of 4 December 2012.

    2. The Debtors have filed an Objection to Proof of Claim (No. 3-2), filed by HSBC Bank, USA, national Association (Doc. No. 51).

    3. A copy of this objection and response was served on the Chapter 13 Trustee on the date of submission set out below.

WHEREFORE the Debtor Pray that the Trustee's Motion to Dismiss be denied, and for such other and further relief as the Court shall deem appropriate.

    Respectfully Submitted, 8 September 2015.

/s/Allen P. Turnage
Allen P. Turnage
Counsel for Debtor
PO Box 15219
Tallahassee FL  32317
(850) 224-3231 – Voice
(850) 224-2535 – Facsimile
Florida Bar No. 993085
service@turnagelaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Objection and Response to Chapter 13 Trustee's Motion to Dismiss was served by electronic or standard first class mail, postage prepaid, upon:

>Leigh D. Hart, Chapter 13 Trustee
>PO Box 646
>Tallahassee, FL 32302
>ldhecf@earthlink.net

DATED: 8 September 2015

>/s/Allen P. Turnage
>Allen P. Turnage
>Counsel for Debtor